1  W. PAUL SCHUCK (Cal. Bar No. 203717)
   *pschuck@bztm.com*
2  **BARTKO ZANKEL TARRANT & MILLER,**
   A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California  94111
4  Telephone:  (415) 956-1900
   Facsimile:  (415) 956-1152
5
   VICTOR G. HARDY (admitted *pro hac vice*)
6  *vhardy@dpelaw.com*
   NICOLE E. GLAUSER (admitted *pro hac vice*)
7  *nglauser@dpelaw.com*
   CHESTER J. SHIU (admitted *pro hac vice*)
8  *cshiu@dpelaw.com*
   **DINOVO PRICE ELLWANGER & HARDY LLP**
9  7000 North Mopac Expressway, Suite 350
   Austin, Texas  78731
10 Telephone:   (512) 539-2626
   Facsimile:    (512) 539-2627
11
   Attorneys for Plaintiff
12 SOFTWARE RIGHTS ARCHIVE, LLC

13
                     **UNITED STATES DISTRICT COURT**
14
                     **NORTHERN DISTRICT OF CALIFORNIA**
15
                              **SAN JOSE DIVISION**
16

17
   | SOFTWARE RIGHTS ARCHIVE, LLC, | CASE NO. 12-CV-3972 RMW |
   |---|---|
   | Plaintiff, | **NOTICE OF CHANGE OF FIRM AND SUBSTITUTION OF ATTORNEYS** |
   | vs. | |
   | TWITTER, INC., | **[] ORDER** |
   | Defendant. | |

23

24

25

26

27

28

151031                                                                 12-CV-3972 RMW

                          SUBSTITUTION OF ATTORNEYS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

IT IS HEREBY STIPULATED THAT Plaintiff Software Rights Archive, LLC ("SRA") herewith substitutes:

>W. Paul Schuck, Esq.
>pschuck@bztm.com
>Bartko Zankel Tarrant & Miller, A Professional Corporation
>900 Front Street, Suite 300
>San Francisco, California  94111
>Telephone:  (415) 956-1900 / Facsimile:  (415) 956-1152

as counsel of record in place and instead of:

>W. Paul Schuck, Esq.
>Thomas Whitelaw LLP
>3 Embarcadero Center, Suite 1350
>San Francisco, California  94111
>(415) 820-0400

in this matter.  SRA has been advised of and consents to this substitution.  DiNovo Price Ellwanger & Hardy LLP shall also continue to represent SRA.

Dated: March 13, 2013

We Consent to the Foregoing Substitution.

>THOMAS WHITELAW LLP
>
>By:   */s/ Joseph E. Thomas*
>          Joseph E. Thomas, Esq.

We Accept the Foregoing Substitution

>BARTKO ZANKEL TARRANT & MILLER
>A Professional Corporation
>
>By:   */s/ W. Paul Schuck*
>          W. Paul Schuck

**Attestation re: Electronic Signatures**

In compliance with Local Rule 5-1, I, W. Paul Schuck, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated:  March 13, 2013              */s/ W. Paul Schuck*
                                                    W. Paul Schuck

1
2
3                              **[] ORDER**
4            PURSUANT TO STIPULATION, IT IS SO ORDERED:
5
6  DATED:      March  G̀  , 2013
7
8                                              _Ronald M. Whyte_
                                               THE HONORABLE RONALD M. WHYTE
9                                              UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28