KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
ASIM M. BHANSALI - # 194925
abhansali@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 5:12-CV-03972 RMW<br><br>**NOTICE OF CHANGE OF FIRM AND SUBSTITUTION OF ATTORNEYS**<br><br>[~~PROPOSED~~] ORDER<br><br>Dept.: Courtroom 6<br>Judge: Hon. Ronald M. Whyte<br>Date Filed: July 27, 2012<br>Trial Date: Not set. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED THAT Defendant TWITTER, INC. hereby substitutes:

Robert A. Van Nest
David J. Silbert
Asim Bhansali
Ajay Krishnan
Sharif Jacob
David W. Rizk
Keker & Van Nest LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400 / Facsimile number (415) 397-7188

as counsel of record in place and instead of :

Scott T. Weingaertner
Ketan Pastakia
King & Spalding, LLP
1185 Ave. of the Americas
New York, NY 10036-4003
Telephone: 212-556-2100

Anup Shah
King & Spalding, LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Telephone: 704-503-28202

Cheryl A. Sabnis
Donald F. Zimmer, Jr.
King & Spalding, LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: 415-318-1200

in this matter. Twitter, Inc. consents to this substitution.

We consent to the foregoing substitution.

Dated: June 6, 2013                                 KEKER & VAN NEST LLP

                                        By:   /s/ Robert A. Van Nest
                                              ROBERT A. VAN NEST
                                              Attorneys for Defendant TWITTER, INC.

Dated: June 6, 2013                                 KEKER & VAN NEST LLP

                                        By:   /s/ David Silbert
                                              DAVID SILBERT
                                              Attorneys for Defendant TWITTER, INC.

1

NOTICE OF CHANGE OF FIRM AND SUBSTITUTION OF ATTORNEYS
Case No. 5:12-CV-03972 RMW

760507.01

| | | |
|---|---|---|
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *Asim Bhansali* <br> ASIM BHANSALI <br> Attorneys for Defendant TWITTER, INC. |
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *Ajay Krishnan* <br> AJAY KRISHNAN <br> Attorneys for Defendant TWITTER, INC. |
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *Sharif Jacob* <br> SHARIF JACOB <br> Attorneys for Defendant TWITTER, INC. |
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *David Rizk* <br> DAVID RIZK <br> Attorneys for Defendant TWITTER, INC. |

We accept the foregoing substitution.

Dated: June 6, 2013    KING & SPALDING, LLP

By:  /s/ *Scott T. Weingaertner*
     SCOTT T. WEINGAERTNER

**Attestation re: Electronic Signatures**

In compliance with Local Rule 5-1, I, David Silbert, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated: June 6, 2013    By:  /s/ *David Silbert*
                            DAVID SILBERT

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 13, 2013

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE