W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorney for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

[Counsel for All Parties Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>         Plaintiff,<br>  v.<br>FACEBOOK, INC.,<br>         Defendant. | Case No. 5:12-cv-03970 RMW<br>Case No. 5:12-cv-03971 RMW<br>Case No. 5:12-cv-03972 RMW |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br>         Plaintiff,<br>  v.<br>LINKEDIN CORPORATION,<br>         Defendant. | **JOINT STATUS REPORT**<br><br>Dept.:    Courtroom 6<br>Judge:   Hon. Ronald M. Whyte |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br>         Plaintiff,<br>  v.<br>TWITTER, INC.,<br>         Defendant. | |

Pursuant to the Court's June 11, 2014 Order regarding the stay, the parties hereby file this Joint Status Report.  On January 29, January 30, and February 2, 2014, the Patent Trial and Appeal Board issued its final written decisions on all of the IPR petitions challenging the patents-in-suit.  Those decisions are attached hereto as Exhibits A, B, C, & D.

Assuming no request for rehearing is filed, then the deadlines for a party to appeal the final decisions are: April 2, 2015 (for IPR2013-00481), April 3, 2015 (for IPR2013-00480), and April 6, 2015 (for IPR2013-00478 & IPR2013-00479).  The parties hereby jointly request that the Court grant leave for the parties to file a supplemental joint status report, due within one week after the deadline for all appeals has expired, that sets forth the parties' position(s) regarding whether the Court should lift the stay in this action.  A proposed form of Order is included below.

Dated:  February 6, 2015                    DINOVO PRICE ELLWANGER & HARDY

                                           By:    */s/ Victor G. Hardy*
                                                  VICTOR G. HARDY (admitted *pro hac vice*)
                                                  *vhardy@dpelaw.com*
                                                  NICOLE E. GLAUSER (admitted *pro hac vice*)
                                                  *nglauser@dpelaw.com*
                                                  CHESTER J. SHIU (admitted *pro hac vice*)
                                                  *cshiu@dpelaw.com*
                                                  DINOVO PRICE ELLWANGER & HARDY LLP
                                                  7000 N. MoPac Expressway, Suite 350
                                                  Austin, Texas  78731
                                                  Telephone: (512) 539-2626
                                                  Facsimile:  (512) 539-2627

                                                  Attorneys for Plaintiff
                                                  SOFTWARE RIGHTS ARCHIVE, LLC

1 | Dated: February 6, 2015                              KEKER & VAN NEST LLP

2 |                                               By:   */s/ Sharif E. Jacob*
                                                       ROBERT A. VAN NEST - # 84065
3 |                                                    rvannest@kvn.com
                                                       DAVID SILBERT - # 173128
4 |                                                    dsilbert@kvn.com
                                                       ASIM M. BHANSALI - # 194925
5 |                                                    abhansali@kvn.com
                                                       AJAY S. KRISHNAN - # 222476
6 |                                                    akrishnan@kvn.com
                                                       SHARIF E. JACOB - # 257546
7 |                                                    sjacob@kvn.com
                                                       633 Battery Street
8 |                                                    San Francisco, CA 94111-1809
                                                       Telephone: (415) 391-5400
9 |                                                    Facsimile: (415) 397-7188
10 |
                                                       Attorneys for Defendants
11 |                                                   TWITTER, INC., LINKEDIN CORP.

12 |  Dated: February 6, 2015                           COOLEY LLP
13 |
                                                 By:   */s/ Lowell Mead*
14 |                                                   MICHAEL G. RHODES - # 116127
                                                       rhodesmg@cooley.com
15 |                                                   101 California Street, 5th Floor
                                                       San Francisco, CA 94111-5800
16 |                                                   Telephone: (415) 693-2000
                                                       Facsimile: (415) 639-2222
17 |
18 |                                                   HEIDI L. KEEFE - # 178960
                                                       hkeefe@cooley.com
19 |                                                   MARK R. WEINSTEIN - # 193043
                                                       mweinstein@cooley.com
20 |                                                   LOWELL MEAD - # 223989
                                                       lmead@cooley.com
21 |                                                   CARRIE J. RICHEY - # 270825
                                                       crichey@cooley.com
22 |                                                   3175 Hanover Street
                                                       Palo Alto, CA 94304-1130
23 |                                                   Telephone: (650) 843-5000
                                                       Facsimile: (650) 849-7400
24 |
25 |                                                   Attorneys for Defendant
                                                       FACEBOOK, INC.
26 |
27 |
28 |

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

                                          */s/ W. Paul Schuck*
                                          W. Paul Schuck

**[] ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
THE HON. RONALD M. WHYTE
United States District Judge