1 | W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
2 | BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
3 | San Francisco, California 94111
Telephone: (415) 956-1900
4 | Facsimile: (415) 956-1152

5 | Attorney for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

6 |
[Counsel for All Parties Listed on Signature Page]
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>    Plaintiff,<br>  v.<br>FACEBOOK, INC.,<br>    Defendant. | Case No. 5:12-cv-03970 RMW |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br>    Plaintiff,<br>  v.<br>LINKEDIN CORPORATION,<br>    Defendant. | Case No. 5:12-cv-03971 RMW<br><br>Case No. 5:12-cv-03972 RMW |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br>    Plaintiff,<br>  v.<br>TWITTER, INC.,<br>    Defendant. | **JOINT STATUS REPORT AND [] ORDER**<br><br>Dept.:    Courtroom 6<br>Judge:    Hon. Ronald M. Whyte<br>Date Filed: July 27, 2012<br>Trial Date: Not set |

Pursuant to the Court's February 9, 2015 Order regarding the stay in the above-captioned actions, the parties hereby file this Joint Status Report.

The parties agree that these cases should remain stayed until the final resolution of all appeals from the Patent Trial and Appeal Board ("PTAB") *Inter Partes* Review proceedings regarding the patents-in-suit, and request that the Court so order.

The PTAB issued its final written decisions in the four IPR proceedings regarding the patents-in-suit between January 29, 2015 and February 2, 2015.  (IPR2013-00478, IPR2013-00479, IPR2013-00480, IPR2013-00481.)  Patent owner SRA has filed a notice of appeal to the Federal Circuit in all four cases.  Petitioners have filed notices of appeal to the Federal Circuit in the two cases where the PTAB did not find all challenged claims to be proven invalid.

To serve judicial economy, the parties agree that the above-captioned actions before this Court should remain stayed until the IPR proceedings have been finally resolved, including exhaustion of all appeals.  The parties propose to submit a Joint Status Report within 14 days after the final exhaustion of all appeals in the IPR proceedings.

A proposed form of Order is included below.


Dated:  April 13, 2015				DINOVO PRICE ELLWANGER & HARDY


						By:	*/s/ Victor G. Hardy*
							VICTOR G. HARDY (admitted *pro hac vice*)
							*vhardy@dpelaw.com*
							NICOLE E. GLAUSER (admitted *pro hac vice*)
							*nglauser@dpelaw.com*
							DINOVO PRICE ELLWANGER & HARDY LLP
							7000 N. MoPac Expressway, Suite 350
							Austin, Texas  78731
							Telephone: (512) 539-2626
							Facsimile:  (512) 539-2627

							Attorneys for Plaintiff
							SOFTWARE RIGHTS ARCHIVE, LLC

| | | |
|---|---|---|
| Dated: April 13, 2015 | | KEKER & VAN NEST LLP |
| | By: | */s/ David Silbert* |
| | | ROBERT A. VAN NEST - # 84065 |
| | | rvannest@kvn.com |
| | | DAVID SILBERT - # 173128 |
| | | dsilbert@kvn.com |
| | | ASIM M. BHANSALI - # 194925 |
| | | abhansali@kvn.com |
| | | AJAY S. KRISHNAN - # 222476 |
| | | akrishnan@kvn.com |
| | | SHARIF E. JACOB - # 257546 |
| | | sjacob@kvn.com |
| | | PHILIP J. TASSIN - # 287787 |
| | | ptassin@kvn.com |
| | | 633 Battery Street |
| | | San Francisco, CA 94111-1809 |
| | | Telephone: (415) 391-5400 |
| | | Facsimile: (415) 397-7188 |
| | | |
| | | Attorneys for Defendants |
| | | TWITTER, INC., LINKEDIN CORP. |
| Dated: April 13, 2015 | | COOLEY LLP |
| | By: | */s/ Heidi L. Keefe* |
| | | MICHAEL G. RHODES - # 116127 |
| | | rhodesmg@cooley.com |
| | | 101 California Street, 5th Floor |
| | | San Francisco, CA 94111-5800 |
| | | Telephone: (415) 693-2000 |
| | | Facsimile: (415) 639-2222 |
| | | |
| | | HEIDI L. KEEFE - # 178960 |
| | | hkeefe@cooley.com |
| | | MARK R. WEINSTEIN - # 193043 |
| | | mweinstein@cooley.com |
| | | LOWELL MEAD - # 223989 |
| | | lmead@cooley.com |
| | | CARRIE J. RICHEY - # 270825 |
| | | crichey@cooley.com |
| | | 3175 Hanover Street |
| | | Palo Alto, CA 94304-1130 |
| | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 849-7400 |
| | | |
| | | Attorneys for Defendant |
| | | FACEBOOK, INC. |

1
2
3     **IT IS SO ORDERED.**
4
5   Dated: _____, 2015
6                                           _____
7                                           HON. RONALD M. WHYTE
8                                           United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28