UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 4:12-cv-03972-HSG<br><br>**ORDER RE JOINT MOTION TO STAY ALL PENDING DEADLINES BETWEEN PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC AND DEFENDANT TWITTER, INC.**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | The Court, having considered the Plaintiff Software Rights Archive, LLC ("SRA")'s and |
| 2 | Defendant Twitter, Inc. ("Twitter")'s joint motion to stay all deadlines between SRA and Twitter |
| 3 | for thirty (30) days, hereby grants the motion: |
| 4 | |
| 5 | All deadlines between SRA and Twitter are hereby stayed for thirty (30) days. |
| 6 | Dated: August 27, 2019 |
| 7 | Hon. Haywood S. Gilliam, Jr.<br>United States District Judge |