UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TWITTER, INC.<br><br>    Defendant. | Case No. 4:12-cv-03972-HSG<br><br>**ORDER RE JOINT MOTION TO CONTINUE STAY OF ALL PENDING DEADLINES BETWEEN PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC AND DEFENDANT TWITTER, INC.**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having considered Plaintiff Software Rights Archive, LLC ("SRA")'s and Defendant Twitter, Inc. ("Twitter")'s joint motion to continue the stay of all deadlines between SRA and Twitter for thirty (30) days, hereby grants the motion:

All deadlines between SRA and Twitter are hereby stayed for thirty (30) days.

Dated: September 27, 2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

1
ORDER RE JOINT MOTION TO CONTINUE STAY OF DEADLINES BETWEEN SRA AND TWITTER
Case No. 4:12-CV-03972 HSG

1346211