KEKER, VAN NEST & PETERS LLP
DAVID J. SILBERT (173128)
dsilbert@keker.com
SHARIF E. JACOB (257546)
sjacob@keker.com
PHILIP J. TASSIN (287787)
ptassin@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
TWITTER, INC.

DINOVO PRICE LLP
ANDREW G. DINOVO (admitted pro hac vice)
adinovo@dinovoprice.com
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

NIELSEN PATENTS
Steven Nielsen (133864)
steve@nielsenpatents.com
1000 Larkspur Landing Circle, Suite 21
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No.  4:12-cv-03972-HSG<br><br>**ORDER RE JOINT MOTION TO CONTINUE STAY OF ALL PENDING DEADLINES BETWEEN PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC AND DEFENDANT TWITTER, INC.**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

The Court, having considered Plaintiff Software Rights Archive, LLC ("SRA")'s and Defendant Twitter, Inc. ("Twitter")'s joint motion to continue the stay of all deadlines between SRA and Twitter for thirty (30) days, hereby grants the motion:

All deadlines between SRA and Twitter are hereby stayed for thirty (30) days.


Dated: October 25, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER RE JOINT MOTION TO CONTINUE STAY OF DEADLINES BETWEEN SRA AND TWITTER
Case No. 4:12-CV-03972 HSG

1353048