| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | DINOVO PRICE LLP |
| DAVID J. SILBERT (173128) | ANDREW G. DINOVO (admitted pro hac vice) |
| dsilbert@keker.com | adinovo@dinovoprice.com |
| SHARIF E. JACOB (257546) | 7000 N. MoPac Expressway, Suite 350 |
| sjacob@keker.com | Austin, Texas 78731 |
| PHILIP J. TASSIN (287787) | Telephone: (512) 539-2626 |
| ptassin@keker.com | Facsimile: (512) 539-2627 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | NIELSEN PATENTS |
| Telephone: (415) 391-5400 | Steven Nielsen (133864) |
| Facsimile: (415) 397-7188 | steve@nielsenpatents.com |
| | 1000 Larkspur Landing Circle, Suite 21 |
| Attorneys for Defendant | Larkspur, CA 94939-1743 |
| TWITTER, INC. | Telephone: (415) 272-8210 |
| | |
| | Attorneys for Plaintiff |
| | SOFTWARE RIGHTS ARCHIVE, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | Case No. 4:12-cv-03972-HSG |
| Plaintiff, | **JOINT STIPULATION TO DISMISS AND ORDER** |
| v. | |
| TWITTER, INC., | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

Case No. 4:12-cv-03972-HSG     1     JOINT STIPULATION TO DISMISS

1     Plaintiff Software Rights Archive, LLC ("SRA") and Defendant Twitter, Inc. ("Twitter")
2 (collectively, "the Parties"), by and through their counsel of record, hereby submit this joint
3 stipulation for dismissal of SRA's claims against Twitter **with prejudice** and Twitter's
4 counterclaims against SRA **without prejudice** in the above-captioned case.

5     Each party will bear its own costs and attorneys' fees incurred in this action.

6     A proposed order granting this Joint Stipulation is attached.

7 **IT IS SO STIPULATED**

8     Respectfully submitted,

9 Dated: January 29, 2020      By: */s/ Sharif E. Jacob*
    KEKER, VAN NEST & PETERS LLP
    DAVID J. SILBERT (173128)
    dsilbert@keker.com
    SHARIF E. JACOB (257546)
    sjacob@keker.com
    PHILIP J. TASSIN (287787)
    ptassin@keker.com
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:(415) 391-5400
    Facsimile: (415) 397-7188

    Attorneys for Defendant
    TWITTER, INC.

Dated: January 29, 2020      By: */s/ Andrew G. DiNovo*
    Andrew G. DiNovo (admitted *pro hac vice*)
    *adinovo@dinovoprice.com*
    DINOVO PRICE, LLP
    7000 N. MoPac Expressway, Ste. 350
    Austin, Texas 78731
    Telephone: (512) 539-2626
    Facsimile: (512) 539-2627

    ATTORNEYS FOR PLAINTIFF
    SOFTWARE RIGHTS ARCHIVE, LLC

## ATTESTATION

I, Andrew G. DiNovo, am the ECF user whose ID and password are being used to file this JOINT STIPULATION TO DISMISS. In compliance with L.R. 5-1(i), I hereby attest that all signatories have concurred in this filing.

Dated: January 29, 2020
/s/ *Andrew G. DiNovo*
Andrew G. DiNovo

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that SRA's claims for relief against Twitter are dismissed with prejudice and Twitter's claims, defenses and counterclaims for relief against SRA are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: 2/18/2020

THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE